UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
DURHAM DIVISION

In Re:
Anna Louise Deese                                           Case No. _____

Social Security No.:  xxx-xx-0993                           Chapter   13
Address: 168 Woodberry Forest Road, Pittsboro, NC 27312

                                                Debtor.

## APPLICATION TO PAY FILING FEE IN INSTALLMENTS

1.  In accordance with Fed. R. Bankr. P. 1006, I apply for permission to pay the filing fee of $310.00 in installments.

2.  I am unable to pay the filing fee except in installments.

3.  Until the filing fee is paid in full, I will not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

4.  I propose the following terms for the payment of the filing fee:

    If this case was filed between the 1st and 15th day of the month:

    $104 on the 1st day of the following month, followed by
    $104 on the 1st day of the next following month, followed by
    $102 on the 1st day of the second following month.

    If this case was filed between the 16th and 31st day of the month:

    $104 on the 15th day of the following month, followed by
    $104 on the 15th day of the next following month, followed by
    $102 on the 15th day of the second following month.

5.  I understand the if I pail to pay an installment when due, my bankruptcy case may be dismissed and I may not receive a discharge of my debts.

Dated: 7/31/17

                                                            s/ Anna Louise Deese
                                                            Anna Louise Deese

## CERTIFICATE OF SERVICE

I, Glenda Mathis, of the Law Offices of John T. Orcutt, P.C., do hereby certify, under penalty of perjury, that I am, and at all the times hereinafter mentioned was, more than eighteen (18) years of age; and that on the same day that this the Chapter 13 bankruptcy case was filed on behalf of the above-name (debtors), I serviced copies of the foregoing Application To Pay Filing Fee In Installments by automatic electronic noticing, upon the following party:

Richard M. Hutson, II, Chapter 13 Trustee

<u>and</u> by regular U.S. Mail, postage prepaid upon the following party:

U.S. Bankruptcy Administrator-MDNC, 101 South Edgeworth Street, Greensboro, N.C. 27401

                                                            /s/ Glenda Mathis
                                                            Glenda Mathis